UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB - 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

BMG Music
1540 Broadway
New York, NY 10036;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

Lava Records
1290 Avenue of the Americas
New York, NY 10014;

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019;

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

Civil Action No.: _____

Case: 1:08-cv-00210
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/6/2008
Description: General Civil

1

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505;

and

Zomba Recordings LLC
137-139 West 25th Street
New York, NY 10001;

Plaintiffs,

v.

DOES 1 - 9,

Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3. Venue in this District is proper. See 28 U.S.C. §§ 1391(b), 1400(a). Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet

copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4. Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6. Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

8. Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9. Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

10. Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11. Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12. Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

13. Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

14. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

15. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16. Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

17. Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

18. Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

19. The true names and capacities of Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

20. Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP. Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

21. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

22. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain

copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

23.   Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

24.   Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are

ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

25. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

26. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

27. As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

28. The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in

the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings or to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:   February 6, 2008

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

Attorney for Plaintiffs

**EXHIBIT A DOE LIST**

| | |
|---|---|
| **Doe # 1** | **IP Address:** 71.244.109.21 2007-09-10 18:36:00 EDT |
| **Doe # 2** | **IP Address:** 71.175.57.199 2007-09-13 19:05:23 EDT |
| **Doe # 3** | **IP Address:** 71.97.202.101 2007-09-17 08:08:16 EDT |
| **Doe # 4** | **IP Address:** 71.127.119.237 2007-09-20 11:21:48 EDT |
| **Doe # 5** | **IP Address:** 71.183.53.83 2007-09-22 02:35:29 EDT |
| **Doe # 6** | **IP Address:** 72.66.29.54 2007-09-30 07:58:58 EDT |
| **Doe # 7** | **IP Address:** 71.178.220.236 2007-09-30 08:19:55 EDT |
| **Doe # 8** | **IP Address:** 71.252.147.249 2007-10-12 02:27:30 EDT |
| **Doe # 9** | **IP Address:** 71.177.254.140 2007-10-22 13:14:47 EDT |

# EXHIBIT A

**IP Address:** 71.244.109.21 2007-09-10 18:36:00 EDT         **CASE ID#** 141779204

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 126

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Zomba Recording LLC | Bowling for Soup | Almost | A Hangover You Don't Deserve | 361-081 |
| UMG Recordings, Inc. | Rise Against | Blood To Bleed | Siren Song Of The Counter Culture | 355-243 |
| UMG Recordings, Inc. | Blue October | Into the Ocean | Foiled | 388-117 |
| UMG Recordings, Inc. | 50 Cent | Hate It Or Love It | The Massacre | 366-051 |
| Atlantic Recording Corporation | T.I. | ASAP | Urban Legend | 367-100 |
| BMG Music | Eve 6 | Inside Out | Eve 6 | 257-983 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |

# EXHIBIT A

**IP Address:** 71.175.57.199 2007-09-13 19:05:23 EDT           **CASE ID#** 142059107

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 286

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Ludacris | Two Miles An Hour | The Red Light District | 364-863 |
| UMG Recordings, Inc. | Chamillionaire | Turn it Up | Turn It Up (single) | 384-540 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | No Surrender | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Champagne Supernova | (What's The Story) Morning Glory | 289-141 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| UMG Recordings, Inc. | Hinder | Homecoming Queen | Extreme Behavior | 379-192 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Make Me Bad | Issues | 276-133 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| Warner Bros. Records Inc. | Mike Jones | Turning Lane | Who Is Mike Jones? | 374-374 |

# EXHIBIT A

**IP Address:** 71.97.202.101 2007-09-17 08:08:16 EDT     **CASE ID#** 142349608

**P2P Network:** GnutellaUS     **Total Audio Files:** 1089

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| UMG Recordings, Inc. | Beastie Boys | No Sleep Till Brooklyn | Licensed To Ill | 79-470 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Interscope Records | Eminem | Mockingbird | Encore | 364-769 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| Atlantic Recording Corporation | Sean Paul | Shake That Thing | Dutty Rock | 352-634 |

# EXHIBIT A

**IP Address:** 71.127.119.237 2007-09-20 11:21:48 EDT     **CASE ID#** 142616794

**P2P Network:** GnutellaUS     **Total Audio Files:** 249

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| Zomba Recording LLC | Bowling for Soup | 1985 | A Hangover You Don't Deserve | 361-081 |
| Capitol Records, Inc. | Poison | Talk Dirty to Me | Look What the Cat Dragged In | 82-349 |
| UMG Recordings, Inc. | The All-American Rejects | Move Along | Move Along | 374-412 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |

# EXHIBIT A

**IP Address:** 71.183.53.83 2007-09-22 02:35:29 EDT     **CASE ID#** 142735507

**P2P Network:** GnutellaUS     **Total Audio Files:** 104

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot Ultramix | 306-657 |
| UMG Recordings, Inc. | Young Jeezy | Bang | Let's Get It: Thug Motivation 101 | 375-159 |
| Arista Records LLC | Kelis | Milkshake | Tasty | 353-969 |
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | What's Your Fantasy (single) | 291-558 |
| BMG Music | Usher | Burn | Confessions | 354-784 |
| UMG Recordings, Inc. | Hinder | Lips of an Angel | Extreme Behavior | 379-192 |
| UMG Recordings, Inc. | Mariah Carey | Shake It Off | The Emancipation of Mimi | 370-795 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |

# EXHIBIT A

**IP Address:** 72.66.29.54 2007-09-30 07:58:58 EDT          **CASE ID#** 143423961

**P2P Network:** GnutellaUS          **Total Audio Files:** 348

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Used | Hard To Say | In Love And Death | 362-132 |
| Arista Records LLC | Sarah McLachlan | Fallen | Afterglow | 345-432 |
| UMG Recordings, Inc. | The Cranberries | Zombie | Zombie (single) | 200-362 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Hit That | Splinter | 339-759 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| Elektra Entertainment Group Inc. | Phish | Farmhouse | Farmhouse | 281-388 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Modern Romance | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | Anna Nalick | Wreck Of The Day | Wreck Of The Day | 372-028 |

# EXHIBIT A

**IP Address:** 71.178.220.236 2007-09-30 08:19:55 EDT          **CASE ID#** 143425328

**P2P Network:** GnutellaUS          **Total Audio Files:** 297

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Usher | Burn | Confessions | 354-784 |
| Atlantic Recording Corporation | T.I. | Bring Em Out | Urban Legend | 367-100 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Baby Bash | Suga Suga | Suga Suga (single) | 338-554 |
| UMG Recordings, Inc. | 50 Cent | In da Club | In Da Club (single) | 323-562 |
| Motown Record Company, L.P. | Brian McKnight | Back At One | Back At One (single) | 280-025 |
| Capitol Records, Inc. | Yellowcard | Lights And Sounds | Lights and Sounds | SRu 587-735 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Thuggish Ruggish Bone | Creepin On Ah Come Up | 223-608 |
| LaFace Records LLC | Usher | If I Want To | 8701 | 307-207 |

# EXHIBIT A

**IP Address:** 71.252.147.249 2007-10-12 02:27:30 EDT          **CASE ID#** 144629576

**P2P Network:** GnutellaUS          **Total Audio Files:** 432

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Don't | Pieces of You | 198-481 |
| UMG Recordings, Inc. | Sheryl Crow | Strong Enough | Scenes From The Tuesday Night Music Club | 175-406 |
| Maverick Recording Company | Alanis Morissette | All I Really Want | Jagged Little Pill | 213-545 |
| UMG Recordings, Inc. | Bon Jovi | Livin' on a Prayer | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Why Georgia | Room for Squares | 305-049 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| Atlantic Recording Corporation | The Darkness | Givin' Up | Permission to Land | 343-473 |

# EXHIBIT A

**IP Address:** 71.177.254.140 2007-10-22 13:14:47 EDT     **CASE ID#** 145730042

**P2P Network:** GnutellaUS     **Total Audio Files:** 706

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | U2 | Fire | October | 30-452 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| Capitol Records, Inc. | Duran Duran | Notorious | Notorious | 81-387 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |



| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*17 U.S.C. § 501 et seq. – copyright infringement*

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint  JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE February 6, 2008    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.